IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANDERSON KEUSCHER PLLC,

    Plaintiff,                      3:17-cv-00455-HDM-VPC

  vs.                                     ORDER

UNITED STATES LIABILITY
INSURANCE COMPANY,

    Defendant.
_____/

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to the Chief Judge for reassignment

It is so Ordered.

Dated this 7th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE