# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANDERSON KEUSCHER PLLC,

Plaintiff,

v.

UNITED STATES LIABILITY INSURANCE COMPANY and ROE ENTITIES I-X,

Defendants.

Case No.: 3:17-CV-00455-LRH-WGC

**ORDER**

Having reviewed the Parties' Stipulation to Extend Plaintiff's Deadline to Oppose Defendant's Motion for Summary Judgment (ECF No. 20), this Court finds good cause to extend Plaintiff's deadline to oppose the Defendant's Motion for Summary Judgment to Friday, February 9, 2018.

**IT IS SO ORDERED**

**DATED** this __2nd__ day of February, 2018

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE